UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHAUNTAL MONROY,<br><br>  Plaintiff(s),<br><br>v.<br><br>WAL-MART INC.,<br><br>  Defendant(s). | Case No. 2:22-cv-01638-RFB-NJK<br><br>**Order** |

On September 28, 2022, the Court ordered the parties to file a joint proposed discovery plan by October 5, 2022. Docket No. 9.  The parties violated that order.  The Court **ORDERS** the parties to file a joint discovery plan by October 20, 2022.  **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: October 13, 2022

  _____
  Nancy J. Koppe
  United States Magistrate Judge

1