**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
MADISON M. AGUIRRE, ESQ.
Nevada Bar #16183
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendant*
*Walmart Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHAUNTAL MONROY, an individual<br><br>　　Plaintiff,<br>vs.<br><br>WALMART INC., a Delaware Corporation; and DOES I through X, inclusive,<br><br>　　Defendants. | CASE NO.: 2:22-cv-01638-RFB-NJK<br><br>**PROPOSED STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE** |

COME NOW Plaintiff, CHAUNTAL MONROY ("Plaintiff") by and through her counsel of record, the law firm of Benson Allred Injury Law, and Defendant, WALMART, INC. ("Defendant") by and through their counsel of record, the law firm of Alverson Taylor & Sanders, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby request that the Court dismiss this action with prejudice. There are no counterclaims, crossclaims, or third-party claims pending in this civil action.

. . .

. . .

. . .

. . .

1

KB/27867

The Parties agree that should the Court approve this stipulation and dismiss this action, each side will bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 12th day of July, 2023.     DATED this 12th day of July, 2023.

**BENSON ALLRED INJURY LAW**           **ALVERSON TAYLOR & SANDERS**

*/s/ Joshua L. Benson*                 */s/ Kurt R. Bonds*
JOSHUA L. BENSON, ESQ.                 KURT R. BONDS, ESQ.
333 N. Rancho Drive, Suite 420         MADISON M. AGUIRRE, ESQ.
Las Vegas, Nevada 89106                6605 Grand Montecito Parkway, Suite 200
*Attorneys for Plaintiff*              Las Vegas, Nevada 89149
                                       *Attorneys for Defendant*

**ORDER**

The Court having reviewed the Stipulation to Dismiss Litigation with Prejudice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the Stipulation is **approved**. All remaining claims in this civil action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED this ___ day of July, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 13th day of July, 2023.

*Respectfully Submitted by:*

ALVERSON TAYLOR & SANDERS

*/s/ Kurt R. Bonds*
KURT R. BONDS, ESQ.
MADISON M. AGUIRRE, ESQ.
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
*Attorneys for Defendants*

2

KB/27867